# UNITED STATES DISTRICT COURT FILED
# MIDDLE DISTRICT OF FLORIDA

2009 AUG 14 P 3:31

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

CASE NUMBER: 3:04-cr-136-J-25HTS
USM NUMBER: 30593-018

V.

SEDRICK BERNARD PRICE

Defendant's Attorney: Maurice Grant, Esq. (pda)

## THE DEFENDANT

**X** admitted guilt and is adjudicated guilty to violation of charge number's <u>1 & 2</u> of the conditions of supervised release of the Petition (Dkt. #65).

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct occurring while on Supervised Release In violation of the Standard Conditions of Release | February 24, 2009 |
| Two | Failure to follow instructions of The Probation Officer in violation of the Standard Conditions of Release | January 29, 2009 |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: July 29, 2009

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: August 14, 2009

Defendant: SEDRICK BERNARD PRICE  Judgment - Page 2 of 3
Case No.: 3:04-cr-136-J-25HTS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **eight (8) months.**

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

\_\_\_\_ at _____ a.m.    p.m.    on _____.

\_\_\_\_ as notified by the United States Marshal.

\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

\_\_\_\_ before p.m. on .

\_\_\_\_ as notified by the United States Marshal.

\_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be no further supervised release.